```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

LUIS CRUZ                                               PETITIONER

VS.                            CIVIL ACTION NO. 5:14-cv-48(DCB)(MTP)

BARBARA WAGNER                                          RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 11)**, to which no objections were filed by the Petitioner. Having carefully reviewed same, the Court finds that the Petitioner is not entitled to pursue his claims in a writ of habeas corpus under 28 U.S.C. § 2241. The proper vehicle for raising his claims would be a civil rights suit. However, any request for injunctive relief is moot, as the record reflects that he is no longer incarcerated. Therefore, the Court adopts the Report and Recommendation, and shall dismiss the Petition for Writ of Habeas Corpus with prejudice.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 11)** is ADOPTED as the findings and conclusions of this Court;

IT IS FURTHER ORDERED that the Petition be dismissed with prejudice.

A Final Judgment dismissing the Petition with prejudice will follow in accordance with Federal Rule of Civil Procedure 58.

SO ORDERED, this the 27th day of October, 2016.

                                                   /s/ David Bramlette
                                                   UNITED STATES DISTRICT JUDGE